UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COREY J. PACEWICZ, SR.,            )
                                   )
            Plaintiff,             )
                                   )
v.                                 )            CV426-158
                                   )
GOV. JOSHUA SHAPIRO, *et al.*,     )
                                   )
            Defendants.            )

## ORDER

*Pro se* plaintiff Corey J. Pacewicz, Sr. has filed a Complaint alleging ambiguous claims against the Governor of the Commonwealth of Pennsylvania and multiple other defendants all alleged to reside in Pennsylvania. *See* doc. 1 at 2-8. Plaintiff also alleges that he resides in Pennsylvania. *Id.* at 1. His substantive allegations are, charitably, difficult to understand, but appear to allege defects in a state court proceeding, perhaps involving child custody. *Id.* at 8. Plaintiff has also moved to proceed *in forma pauperis.* Doc. 2. However, because it is clear that his Complaint does not allege any event that occurred in this District, it will be transferred. His request to proceed *in forma pauperis* and remaining motions will be addressed by the transferee court.

1

The defendants are alleged to work or reside, variously in Harrisburg, Wilkes-Barre, Scranton, and Drums, Pennsylvania. Doc. 1 at 3-8. While it is unclear precisely what events gave rise to the Complaint, all of the locations implicated lie in the Middle District of Pennsylvania. *See* 28 U.S.C. § 118(b). Since there is no discernable connection to this District, the Court will transfer it to that District. 28 U.S.C. §1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see also, e.g., Collins v. Hagel*, 2015 WL 5691076, at *1 (N.D. Ga. Sept. 28, 2015) ("A district court may raise the issue of defective venue *sua sponte*.").

Accordingly, the Clerk is **DIRECTED** to transfer this case to the Middle District of Pennsylvania for all further proceedings.

**SO ORDERED,** this 23rd day of June, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2